UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD LEE MUELLER,<br><br>        Plaintiff,<br><br>     v.<br><br>NORTH COUNTRY INSURANCE, INC.,<br>and H.T. "JACK" and MARY TRACY,<br>husband and wife,<br><br>        Defendants. | No. CV-06-0144-FVS<br><br>ORDER OF DISMISSAL |

    The parties having filed a Stipulated Motion to Dismiss Without Prejudice, Ct. Rec. 12, now therefore,

    **IT IS HEREBY ORDERED:**

    1. The parties' Stipulated Motion to Dismiss Without Prejudice, **Ct. Rec. 12,** is **GRANTED.**

    2. Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE THE FILE.**

    **DATED** this  11th  day of December, 2006.

                                      s/ Fred Van Sickle
                                        Fred Van Sickle
                           United States District Judge

ORDER OF DISMISSAL- 1